JS - 6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 1 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY  chy                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| COREY JAMES McNEIL, | Case No.  CV 12-09445 CAS (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| KEVIN R. CHAPPELL (Warden (A)), | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

*Christine A. Snyde*

Dated: November 13, 2012

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 1 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY